Justice Independence Honor

# STATE OF RHODE ISLAND

## SUPERIOR COURT

*COUNTY:* ☐ PROVIDENCE/BRISTOL ☐ KENT ☒ WASHINGTON ☐ NEWPORT

Virginia A Seeger

v.

Marshalls of MA, Inc

Case #: WC-2023-0226

## COMPLAINT

WASHINGTON SUPERIOR COURT CLERK'S OFFICE FILED

23 MAY 25 AM 11:24

TRUE COPY ATTEST

Brenden T. Oates

BRENDEN T. OATES, CLERK
WASHINGTON COUNTY SUPERIOR COURT

**Civil Lawsuit : Seeger vs. Marshalls of Mass**

**I am a 74 year old widow who has been employed part-time at Marshalls of Narragansett RI since July 2003.**

**Since I do not have the benefit of an Attorney to represent me in this Civil Matter, (due to my limited resources)I will do my best to outline the Discriminatory and Retaliation Trauma I have experienced since the July 2021 at said Marshalls Dept Store.**

**I filed a Discrimination complaint against Marshalls of Mass with the RI Commission for Human Rights on August 15, 2021 . A subsequent Retaliation charge was filed on August 15,2022 alleging a violation of RI General Law Title 28, Chapter 5 and Title 42, chapter 87.**

**When I retired from my Primary Job at the US Postal Service in July 2021. I began working 3 days per week and Sundays at Marshalls (instead for the evenings and Sundays I had worked there prior to my retirement). When I began the shift to day work, I presumed that my role at the store would be as it had been over the past 18 years--that is, my primary duties would be working on the sales floor in the home goods dept and that I would be called to ring at the registers as needed (and as the other "cross-trained" employees were required to do.)**

**Much to my surprise, I was immediately put on the cash register to Ring for the entire 5 hour shift, whereas the other employees in my age group were NEVER called to ring as they had been prior to the COVID 19 interlude. I was the ONLY EMPLOYEE in that age group FORCED to ring at the cash registers, though the other "cross-trained" employees were NEVER required to ring. ( I have a list of 12 employees in that group---that is----NOT required to ring). This proved to be a very stressful situation for me, since I did not understand (at first) WHY I WAS SINGLED OUT to be at the registers. My attempts to obtain relief from the "always ringing" situation did not gain any traction, since when I approached the NEW HR person , Danielle--why no other employees who previously helped at the registers were not ringing, she told me "They can't"**

**A huge component of this case is the fact that Marshalls was closed for a period of time during the Covid 19 "shut-down" and many employees were collecting very large sums of "free" money (much more than they were making at Marsahlls). They were upset when they were called back to work, since the "BIG PAYDAY" was over and they had to return to "retail pay". I did not have luxury of obtaining "free money", since I was part of the US POSTAL SERVUICE and we were working harder than ever trying to keep up with package deliveries.**

TRUE COPY ATTEST
Brenden T. Oates
BRENDEN T. OATES, CLERK
WASHINGTON COUNTY SUPERIOR COURT

Civil Seeger vs Marshalls of Mass (pg 2)

The month I started working days at Marshalls in july 2021, an entirely new management team had been instated at the store (except for one asst mgr, Steven Fossa). The reason for this change was due to the very difficult position the prior mgmnt team experienced when the employees were "called back to work" after the Covid closure and their "free money" ended. Said employees did not perform their usual tasks and when they were called to ring at the registers (which was their responsibility)--they DID NOT! Work duties were not performed because said employees were unhappy and the existing management team was faced with a beligerant work group. Therefore, their superiors moved Mgr Matthew Rose to the Swansea, Ma Marsahlls and 3 of the other 4 asst mgrs resigmed in protest of the unfair treatment of Matt Rose. The work stoppage at that Marshalls was not his fault, but he was "the LOW HANGING FRUIT" and thus became the victim.

So, when I entered the "day employment" , I was the victim of a new mgmnt team who did not want to "make waves" and expect the existing employees to perform their duties at the registers. It was easier to force me to be there during my ENTIRE SHIFT every day--so, they took the EASIER--not the RIGHT route. (My employee "Ringing Numbeers" will prove that what I am attesting is correct).

I tried to navigate through a very broken system--asking for relief from the registers--new HR person Danielle told me there was no one else available for the registers until they hired new cashiers.

Since I had an injured right knee which would lock up if I stood in one position for long periods, I obtained a Dr's note from my Ortheopedic Surgeon stating the I was not allowed to work at the registers for more than 2 hours per shift. NONE ot the other employees in my age group who were not required to be at the registers have a DR's NOTE EXCUSING THEM!



TRUE COPY ATTEST
Brenden T. Oates
BRENDEN T. OATES, CLERK
WASHINGTON COUNTY SUPERIOR COURT

Seeger vs Marsahlls of Mass (pg3)

Because I was being singled out and discriminated against I pursued relief from my situation through the Corporate Headquarters, and again after encountering many obstacles finally spoke with Regional HR person, Soledad Mc Cabe. She informed me that I would have to fill out REASONABLE ACCOMMODATION APPROVAL form ( which , I undertand is commonly used by lower-tier retail extablishments such as Dollar Tree and the like). NO OTHER of the 200 plus employees at marshalls store 616 in Narragansett,RIi have such a form on file I discovered by asking the employees. I refused to sign the form since I was experienceing DISPARATE TREATMENT once again.However, Ms McCabe did fill out the form in my name----WITHOUT MY CONSENT.

In the legal context, "Disparate Treatment occurs when an employer treats some people less favorably than others". "Discriminatory intent can in some situations be inferred from the MERE FACT of differences in treatment" (See Int'l Brotherhood of Teamsters V United States , (431 US 324,335 n 15 , 1977)). Again, I refer to the fact that I am the SOLE EMPLOYEE at Marshalls of Narragansett who was forced to have a Dr's note and and ACCOMODATION form on file.!!

Because of the disparate treatment I was experiencing, I filed a Discriminaition Claim with the RI Commission in Sept 2021.

On Sun Nov 21, 2021, asst mgr Steven Fossa (the only member of the mgmnt team who did not leave with Mgr matt Rose) targeted me while I was on the sales floor working in the Hoemgoods dept and told me to go ring at the cash registers. It was not busy, and there were many other employees who were younger who could have gone to the "front" but he shingled me out. During the months after my Filing with the RI Commission, Mr Fossa had made many snide comments about me 'having to get my own way" and similar remarks. While I was at the register that Sunday, Steven stood directly behind me and told me to "move



TRUE COPY ATTEST
Brenden T. Oates
BRENDEN T. OATES, CLERK
WASHINGTON COUNTY SUPERIOR COURT

faster--"don't be talking to people around you!"--unsettleing comments. Definately in retalliation to my Filing with the Commission. He also left me outside the locked door of the store in the winter for over 15 minutes after I rang the buzzer a few times to gain entry to the store. Another employee inside finally got Steven to let me inside.

In Jan. 2022 when I "called out" due to adverse weather conditions ( I live 25 mins away,) I asked store mgr Jeff Scalia to "put me in" for sick time that day. He never did. Various form of retalliation such as these occurred after my initial filing with the RI Commission.

I experienced much stress and felt pretty battered because of all the negative treatment, yet I have maintained VERY GOOD ATTENDANCE over the 20 years of my employment at Marshalls. I have always had VERY GOOD PERFORMANCE REVIEWS over the 20 year period (and I have copies of all of those reviews) .

Since July 2021, I have spent a tremendous amount of time and effort in order to be treated fairly. The only reason I was removed from the registers was because I fought hard to be afforded the decency to opt not to ring (as MANY "new hires" had been--and, I have a list of those people, also).

The Marshalls in Narragansett, RI reaps PROFITS in excess of 23 MILLION per year. I have contributed to their good fortune over the 20 years of my employment there. I have been a valuable, dependable employee and yet Marshalls chooses to thank me by paying me $14.56 per hr---minimum wage is $13.00 per hr! Furthermore, the retirement offered me afer 20 years is between $66.00 and $70.00 per MONTH. More disparate treatment---"new hires" are pd min of $13.00 per hr---me $14.56 per hr see JENSEN V SOLVAY CHEMICALS INC (625 F 3d 641-660 --10th cir 2010)



TRUE COPY ATTEST
Brenden T. Oates
BRENDEN T. OATES, CLERK
WASHINGTON COUNTY SUPERIOR COURT

Civil Seeger vs Marsahlls (pg 5)

Throughout the process of attempting to expose the disparate treatment, I have been subjucted to, Marsahlls, Inc. has acted as an unconcerned enterprise (despite their insincere Mission Statement). As an example, I site the converstaion I had with Regional HR Person, Soledad McCabe in Aug 2021 when I attempted to explain to her that I had a knee which "locks up" if I stood on it in one place for long periods of time. She litterally scoffed at me over the phone--laughing :"Oh, sure---a knee that locks up!" Very unprofessional .

The staff at Marshalls, Narragansett showed very poor judgement in their disparate treatment of me (treatment directed toward me to make their own lives easier, instead of dealing with un cooperative employees directly). As a 74 yr old widow, I was an easy target. This whole experience has impacted me in a very unsettling way. Marsahlls is responsible for very poor treatment of a valuable, hard-working employee and should be held accountable.

Signed

Virginia A Seeger

Virginia A Seeger



TRUE COPY ATTEST

Brenden T. Oates

BRENDEN T. OATES, CLERK
WASHINGTON COUNTY SUPERIOR COURT

# CERTIFICATION OF COMPLAINT

I, Virginia Seeger, do hereby certify and attest that the contents of the attached complaint, as well as any supporting documentation are to the best of my knowledge, information, and belief, to be true and accurate, and is not made for any improper purpose. I also acknowledge that it is my responsibility to ensure that a certified copy of this complaint is properly served to the defendant identified within this complaint.

[signature]
*Signature*

05-25-2023
*Date*

☐ *Pro Se Litigant*

---

## NOTARY AFFIRMATION

*NOTARY SEAL*

*Subscribed and sworn to before me in* Superior Court *in the County of* Washington *in the State of Rhode Island, this* 25th *day of* May, 2023.

[signature]
*Notary Signature*

5/25/2023
*Date*

769946
*Notary ID*

Matthew Hultquist
*Notary Name*

7-1-2026
*Commission Expiration*

MATTHEW HULTQUIST NOTARY PUBLIC STATE OF RHODE ISLAND MY COMM. EXPIRES 07-01-2026 Commission # 769946

***Proof of Identity of Party to Notary:***

☐ Personally known by Notary

☑ Rhode Island Drivers License/ID: __________

☐ Other: __________

TRUE COPY ATTEST
Brenden T. Oates
BRENDEN T. OATES, CLERK
WASHINGTON COUNTY SUPERIOR COURT