# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| VIRGINIA SEEGER,<br>    Plaintiff,<br><br>v.<br><br>MARSHALLS OF MA, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 1:23-cv-00314-MSM-LDA<br>)<br>)<br>)<br>) |

**<u>JUDGMENT</u>**

IT IS ORDERED AND ADJUDGED:

JUDGMENT enters in accordance with the Memo and Order of 3/17/2025.

                                                           Enter:

                                                           /s/ Carrie L. Potter
                                                           Deputy Clerk

Dated:3/17/2025